# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MATTHEW SCIABACUCCHI, On Behalf of Himself and All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>GARY TORGOW, GARY S. COLLINS, JENNIFER M. GRANHOLM, RONALD A. KLEIN, ROBERT H. NAFTALY, THOMAS L. SCHELLENBERG, DAVID T. PROVOST, MAX A. BERLIN, PAUL E. HODGES III, BARBARA J. MAHONE, ALBERT W. PAPA, ARTHUR A. WEISS, and CHEMICAL FINANCIAL CORPORATION, and TALMER BANCORP, INC.,<br><br>    Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 2:16-cv-11261<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby dismisses the above-captioned action (the "Action") without prejudice, and with each party to bear its own costs. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: August 5, 2016

**ANTHONY L. DELUCA, PLC**

By: */s/ Anthony DeLuca*
Anthony L. DeLuca (P64874)
Grand Marais Professional Centre
14950 East Jefferson Avenue, Suite 170
Grosse Pointe Park, MI 48230
Telephone: (313) 821-5905
Facsimile: (313) 821-5906

*Attorneys for Plaintiff*

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Seth D. Rigrodsky
Brian D. Long
Gina M. Serra
Jeremy J. Riley
2 Righter Parkway, Suite 120
Wilmington, DE 19803
Telephone: (302) 295-5310
Facsimile: (302) 654-7530

**RYAN & MANISKAS, LLP**
Katharine M. Ryan
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
Telephone: (484) 588-5516
Facsimile: (484) 450-2582